■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SIXTO LOPEZ, JR., Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent. — Judgment unanimously reversed and petition granted for the reasons stated in the opinion in *Matter of Jones v Smith* (120 Misc 2d 445, *affd* 101 AD2d 705, *lv granted* 63 NY2d 601). (Appeal from judgment of Supreme Court, Wyoming County, Flynn, J. — habeas corpus.) Present — Dillon, P. J., Doerr, Denman, Boomer and Schnepp, JJ.

■ In the Matter of SAMUEL L. SOMMER, Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, et al., Appellants. — Judgment unanimously affirmed (*see, Matter of Jones v Smith,* 120 Misc 2d 445, *affd* 101 AD2d 705, *lv granted* 63 NY2d 601). (Appeal from judgment of Supreme Court, Wyoming County, Horey, J. — art 78.) Present — Dillon, P. J., Doerr, Denman, Boomer and Schnepp, JJ.